IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER LITTLEBEAVER<br><br>    Defendant. | 8:17CR378<br><br>**ORDER** |

  This matter is before the court on the Defendant's unopposed Motion to Continue Trial [17]. Counsel is seeking a 30 day extension of time to thoroughly review discovery and investigate defenses. For good cause shown,

  **IT IS ORDERED** that the Defendant's unopposed Motion to Continue Trial [17] is granted as follows:

  1. The jury trial, now set for February 13, 2018, is continued to **March 27, 2018**.

  2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 27, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

  Dated this 7th day of February, 2018.

                BY THE COURT:

                s/ Michael D. Nelson
                United States Magistrate Judge