IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR378 |
| vs. | |
| CHRISTOPHER JOSEPH LITTLEBEAVER | ORDER |
| Defendant. | |

This matter is before the court on the Government's [19] unopposed Motion for Continuance of Trial. Counsel is seeking additional time to comply with the defendant's request for additional extensive discovery relating to DNA testing. Additionally, counsel is scheduled to be out of state the week of March 26, 2018. For good cause shown,

**IT IS ORDERED** that the Government's unopposed Motion for Continuance of Trial [19] is granted as follows:

1. The jury trial, now set for March 27, 2018, is continued to **May 1, 2018**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 1, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **March 13, 2018**. The objecting party must comply with all requirements of NECrimR 59.2.

Dated this 6th day of March, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge