IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHRISTOPHER JOSEPH LITTLEBEAVER

Defendant.

**8:17CR378**

**ORDER**

This matter is before the court on the government's Motion to Continue Trial [21]. On the basis of the reasons set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

**IT IS ORDERED** that the government's Motion to Continue Trial [21] is granted as follows:

1. The jury trial, now set for May 1, 2018, is continued to **May 29, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 29, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than May 3, 2018. The objecting party must comply with all requirements of NECrimR 59.2.

Dated this 26th day of April, 2018.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge